# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of March, two thousand and nine,

The New York State Republican Committee V. The New York State Board of Elections



**ORDER**

Docket Number: 08-5369-cv

The *Civil Appeals Management Plan* of this court directs that within the (10) days after filing a Notice of Appeal, the appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and that in the event of default of any of these requirements the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof it is **ORDERED** that the appeal from the order of 10/31/08 from the United States Court for the Western District be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.



For the Court:
Catherine O'Hagan Wolfe, Clerk
By: /s/
Gerard Whidbee, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by /s/
DEPUTY CLERK

ISSUED AS MANDATE 4/7/09

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

| | |
|---|---|
| **Dennis Jacobs**<br>CHIEF JUDGE | **Catherine O'Hagan Wolfe**<br>CLERK OF COURT |

| | |
|---|---|
| Date: 4/7/09 | DC Docket Number: 08-cv-810 |
| Docket Number: 08-5369-cv | DC: WDNY (BUFFALO) |
| Short Title: The New York State Republican Committee v. The New York State Board of Elections | DC Judge: Honorable Richard Arcara |

## ACKNOWLEDGMENT RECEIPT

To:   Appeals Clerk

Kindly endorse the acknowledgment receipt in the line below and return to the Court of Appeals for the Second Circuit.

**MANDATE ACKNOWLEDGMENT** = Transfer of Jurisdiction
The mandate consists of the items indicated below:
- ☐ Clerk Order dated <mm/dd/yy>
- ☐ Court Order dated <mm/dd/yy>
- ☑ Default Order 3/9/09
- ☐ So-Ordered Stipulation <mm/dd/yy>
- ☐ Summary Order dated <mm/dd/yy>
- ☐ Opinion and Judgment dated <mm/dd/yy>
- ☐ Statement of Costs dated <mm/dd/yy>

**CERTIFIED ACKNOWLEDGMENT** = For Informational Purposes
- ☐ Clerk Order dated <mm/dd/yy>
- ☐ Court Order dated <mm/dd/yy>
- ☐ So-Ordered Stipulation <mm/dd/yy>

Received by: _____
             (Origination Court or Agency)
Date:        _____